UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EAGLE INSURANCE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD CAMMACK, et al.,<br><br>Defendants. | Case No. 24-cv-01670-AMO<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 56 |

Before the Court is Plaintiffs' motion for leave to file a motion for reconsideration of the Court's January 29, 2025 order staying proceedings pending resolution of the state court case. Plaintiffs contend that the Court failed to consider the California Court of Appeal's decision in *Gordon v. Continental Cas. Co.*, 107 Cal. App. 5th 90 (2024).

A party seeking reconsideration must show one of the following grounds for relief applies: (1) "a material difference in fact or law exists from that which was presented to the Court before entry of the [challenged] order," and the party seeking reconsideration could not, with "reasonable diligence," have known of such fact or law at the time of the order; (2) the "emergence of new material facts or a change of law occurring after the time of such order"; (3) a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such . . . order." *See* Civ. L.R. 7-9(b). Plaintiffs fail to establish any of the above grounds for reconsideration.

///

///

///

///

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge